## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this  20th  day of May, 2005, a copy of the foregoing Motion to Dismiss Adversary Proceeding and Objections to Claims and proposed form of Order, was served via first-class mail, postage prepaid, on the following:

| | |
|---|---|
| Hamilton P. Fox, III, Esq.<br>Attorneys for Respondent, NEGT Energy Trading-Power, L.P.<br>Sutherland Asbill & Brennan LLP<br>1275 Pennsylvania Avenue, N.W.<br>Washington, DC 20004 | Matthew A. Feldman, Esquire<br>Willkie Farr & Gallagher, LLP<br>787 Seventh Avenue<br>New York, New York 10019-6099 |
| Paul M. Nussbaum, Esquire<br>Whiteford, Taylor & Preston LLP<br>Seven Saint Paul Street, Suite 1400<br>Baltimore, Maryland 21202-1626 | Jacob Dweck, Esquire<br>Sutherland Asbill & Brennan, LLP<br>1275 Pennsylvania Avenue, NW<br>Washington, DC 20004 |
| Bradford F. Englander, Esquire<br>Linowes Blocher, LLP<br>7200 Wisconsin Avenue, Suite 800<br>Bethesda, Maryland 20814 | Joel I. Sher, Esquire<br>Shapiro Sher Guinot & Sandler<br>36 South Charles Street, Suite 2000<br>Baltimore, Maryland 21201 |
| Office of the U.S. Trustee<br>6305 Ivy Lane, Suite 600<br>Greenbelt, Maryland 20770 | |

/s/ Lisa Bittle Tancredi
Lisa Bittle Tancredi